383 MABLEY vs. SUPERIOR COURT JUDGE (Detroit), 41 M., 31.

To vacate an order setting aside a previous conditional order for a new trial.

Denied June 4, 1879.

Held, that where a new trial is not a matter of right, the judge in granting it may properly impose such a condition as that the parties must waive any supposed right to removal and try the

case at the following term; that the judgment remains in force subject to the conditions, and is not absolutely vacated until they are performed; that the court will not consider matters that were not brought before the court below on the motion to show the improper disposition thereof; that mandamus will not lie to review the discretionary action of inferior courts; that the writ is not one of right and is not usually allowed to those who have been culpably dilatory or otherwise at fault.